## JAMES HUTCHINGS

### v.

## LAFAYETTE COLE.

*Dogs—Purchase Price—Recovery of—Implied Warranty.*

This court, in view of the evidence, affirms a judgment for the defendant in an action brought to recover the price of a dog, said dog having been

sold with an implied warranty that the animal was good for breeding pur-
poses, and holds that the dog was utterly worthless for that purpose, and of
no value.

[Opinion filed December 7, 1891.]

APPEAL from the Circuit Court of Peoria County; the Hon.
T. M. SHAW, Judge, presiding.

Messrs. H. C. FULLER and H. S. MILLER, for appellant.

Messrs. WORTHINGTON, PAGE & BRADY, for appellee.

LACEY, P. J.  This suit is brought for the purchase price
of an English mastiff bitch called " Creusa," sold by appellant
in February, 1887, for £35 sterling, to wit, $169.75.  Hutch-
ings resided in Exeter, England, and appellee, Cole, in Peoria,
Ill.  They never saw each other.  The transaction was en-
tirely by correspondence.  There were only four witnesses
testifying to the material facts in the case, each by deposition.
Appellant and Shepherd in England, and Cole and Bunn in
Peoria.  The case was tried by jury, which rendered a verdict
in favor of appellee.  The defense relied upon was an implied
warranty of the bitch to the effect that she, having been
bought for breeding purposes, and recommended as a good
breeder, was totally worthless for such purpose; was too old
and weak and in the last stages of her life.

This was the issue before the jury under instructions of
which there is no serious complaint.  The appellee wrote to
appellant for the purpose of buying a mastiff puppy dog about
three months old, to be of fawn color with black markings, of
the weight, when grown, of 200 or 215 pounds, perfect in bone
and muscle, legs to be straight—in fact to be perfect in every
respect.  The appellant answered him and recommended to
him to buy a bitch, sending him two photographs, one of a
bitch called " Digit," and the other one the one in question.
For the one in question he wanted £35, served in England,
giving a very glowing account of her, saying, however, that
the appellee would need a foster-bitch, for " Creusa's " teats

Hutchings v. Cole.

were too loose for young puppies. This was the only defect that he admitted in her. After the exchange of a letter or two, appellee decided to purchase "Creusa" at £35, served in England. Appellant described her as perfect in her disposition and very game and good tempered, and if quietly and kindly treated a rare companion; not quarrelsome with other dogs, and of confiding disposition; that she was very good in her hocks, and considering all that she had gone through with, very active. He gave her age at eight or nine years. The bitch was shipped to appellee, was not paid for before she arrived, and then the appellee refused to pay for her. It was simply a question before the jury as to whether the defense was made out. On the part of the appellee the evidence tended to show that "Creusa" had no value whatever, unless she was of value for breeding purposes, and this was the purpose for which she was sold to appellee. It appears that when she arrived she was not what appellee expected. The witness Bunn testified that she was old; that her health was broken down by age; that she was very weak; hobbled around; was thin; nothing to her but skin and bone—like an old feeble man would be at very old age; that she had scarcely any teeth, and moved about very slowly; her head was gray with age; not strong enough to give birth to pups; slipped them and they died. That she died of old age soon after. It appears that she had pups soon after she arrived and they all died within twenty-four hours after their birth, some dying at birth, and that "Creusa" was worthless unless she would raise pups. It appears that she was bred the second time, and the pups were prematurely born when the mother died. We think there was an implied warranty that the animal sold was good for breeding purposes, and we think the evidence justified the jury in its verdict, and that there was sufficient evidence to show that the animal was utterly worthless for that purpose, and that outside of that she was of no value. The judgment is therefore affirmed.

*Judgment affirmed.*